# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-3332
Lower Tribunal No. 2022-DP-007

_____

In the Interest of J.L., a child.

D.L.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM,

Appellees.

_____

Appeal from the Circuit Court for Osceola County.
Laura Shaffer, Judge.

December 6, 2023

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and GANNAM, JJ., concur.


H. Fletcher, of Fletcher Law Firm, Oviedo, for Appellant.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Beth Kathryn Roland, of Family First Firm, Winter Park, and Sara Elizabeth Goldfarb, Statewide Director of Appeals, of Statewide Guardian ad Litem Office, Tallahassee, for Appellant, Statewide Guardian ad Litem.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED